**Order Entered October 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01212-CV
No. 05-16–01213-CV

**IN RE NATHAN BURT, Relator**

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-25052 and F15-25053**

## ORDER

Before Justices Francis, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want

of jurisdiction.

/s/ ROBERT M. FILLMORE
        JUSTICE

1